# AFFIDAVIT

I, AdriAnne N. Carrier, being duly sworn, hereby depose and state the following:

1. I am employed as a Special Agent of the Federal Bureau of Investigation ("FBI"), and have been so employed for over four years. I have been assigned to the Public Corruption/Civil Rights Squad for approximately the last three and a half years. Based on my training and experience, I am aware that Title 18 United States Code, Section 248(a)(1), makes it a federal offense for anyone to use force or threat of force, to intentionally injure, intimidate or interfere with or attempt to injure, intimidate or interfere with, any person because that person is or has been, obtaining or providing any reproductive health services.

2. I make this affidavit in support of a complaint charging Patrick Holmander (hereinafter "Holmander"), year of birth 1973, with a violation of Title 18 United States Code, Section 248(a)(1). This affidavit is being submitted for a limited purpose of establishing probable cause. Therefore, I have not included the details of every aspect of this investigation. Additionally, where conversations or statements are related herein, they are related in substance and in pertinent part. The information contained in this affidavit is based upon my own observations, as well as on information obtained by me from other law enforcement officers.

3. I am currently involved in an ongoing investigation concerning a June 25, 2008, assault of a security guard at the Planned Parenthood clinic located at 1055 Commonwealth Avenue, Boston, Massachusetts (hereinafter "PP Boston"). In July 2010, FBI Boston received a copy of a letter initially addressed to PP Boston, dated July 9, 2010, from the Doctor Solomon Carter Fuller Mental Health Center, Massachusetts Department of Mental Health (hereinafter "Fuller"). Fuller is located in Boston, Massachusetts. Said letter advised of a reasonable basis to believe Patrick Holmander, a patient at Fuller, posed a threat of harm to employees and patients at PP Boston.

4. On November 10, 2010, ▇▇▇▇▇▇, MD, an attending physician at Lemuel Shattuck Hospital, Jamaica Plain, Massachusetts, called PP Boston regarding a patient housed at his facility. The patient was later identified as Patrick Holmander. Dr. ▇▇▇ requested the appropriate PP telephone number to contact should the patient be released or leave the facility without approval.

5. On November 15, 2010, I obtained a copy of Holmander's criminal record which indicated that on July 14, 2008, Holmander was arraigned in Brighton District Court, Boston, Massachusetts, on charges of Assault and Battery, and Obstructing a Medical Facility. The charges resulted from Holmander's alleged assault on a security guard assigned to Planned Parenthood Boston (hereinafter "PP"), 1055 Commonwealth Avenue, Boston, Massachusetts on or about June 25, 2008. According to Holmander's criminal record, both charges were dismissed on June 15, 2010.

6. On January 14, 2011, I contacted an Assistant District Attorney ("ADA") in the Suffolk County District Attorney's Office, regarding Holmander's June 25, 2008, charges (referenced in paragraphs 2 and 5 herein). The ADA provided me with the District Attorney's Office file regarding the incident and charges. The ADA also confirmed that the case was closed, and she further advised that the June 2010 dismissal of those charges resulted from a finding that Holmander was not mentally competent to stand trial.

7. On December 3, 2010, and January 24, 2011, I interviewed ▮▮▮▮, a security guard employed by Metro Crime Prevention, the security contractor for PP Boston. ▮▮▮ advised that on June 25, 2008, while working in ▮ capacity as a security guard at PP Boston, ▮ observed a white male, later identified as Patrick Holmander, standing outside of the clinic. ▮▮▮ observed Holmander carrying a bag and speaking with known anti-abortion protestors. Holmander entered the clinic through the front door, walked past the security station where ▮▮▮ stood, and continued toward a second door that leads directly into the active clinic and examination rooms. ▮▮▮ intercepted Holmander before he reached the door and stated, "Can I help you?" Holmander did not respond, waved ▮▮▮ off, and continued toward the door. ▮▮▮ stepped between the door and Holmander and again asked if he could help him. Holmander responded, "Everybody in this building must die." ▮▮▮ told Holmander, "You need to leave now." Holmander stated, "Everyone in this building are baby killers." Holmander made these threatening statements in the waiting area where at least two persons were seated.

▮▮▮ radioed ▮ supervisor, ▮▮▮▮▮ for help, and immediately walked with Holmander back to the front door of the building. Once there, and while ▮▮▮ stood to the left of Holmander, Holmander turned slightly and observed the internal clinic door he initially walked toward, to open briefly. He then forcefully and intentionally hit ▮▮▮ in the stomach

2

with the back of his left fist. ▮ believed that Holmander hit ▮ in a physical attempt to maneuver around ▮ and get through the internal clinic door before it closed. Immediately after being hit, ▮ grabbed Holmander's hand and the bag he was carrying, and the two ▮ exited the building together through the front door. Once through the door, Holmander broke away from ▮. ▮ observed Holmander run down Commonwealth Avenue toward Harvard Avenue.

At some point, ▮ and PP Boston filed a police report of the incident with the Boston Police Department (hereinafter "BPD"), and Holmander was later arrested and charged with Assault and Battery, and Obstruction of a Medical Facility. During one of the several court hearings ▮ attended relative to that case, ▮ heard Holmander state in open court that he was the, "Messiah sent from God." During another hearing, while ▮ was seated directly behind Holmander in the courtroom, Holmander turned around, looked at ▮ and mouthed, "Kill you."

8. On January 20, 2011, I interviewed William McDermott, Lieutenant, Brookline Police Department, Brookline, Massachusetts. McDermott is currently assigned to monitor anti-abortion activity in Brookline. For the past several years, McDermott has established a critical liaison relationship with local reproductive health clinics and doctors who perform abortions, as well as several individuals and groups who protest the clinics' and doctors' activity. McDermott has engaged in regular dialogue with clinics, staff and doctors in an effort to provide safety and security, and to gain intelligence on any possible violent issues that may arise. McDermott stated that he was familiar with Patrick Holmander as an anti-abortion protestor who was fixated on PP Boston. On at least one occasion prior to June 25, 2008, McDermott also observed Holmander at a reproductive health clinic in Brookline, Massachusetts.

9. On or around November 19, 2010, I learned that Holmander is currently under a civil commitment order which is set to expire on March 1, 2011. Holmander initially entered the Massachusetts Department of Mental Health system based upon the June 25, 2008, incident at PP Boston, and to date, has remained hospitalized throughout. He is currently housed and under physician supervision at Lemuel Shattuck Hospital in Jamaica Plain, Massachusetts.

10. Based on the foregoing, I submit there is probable cause to believe that on or about June 25, 2008, at the PP in Boston, Patrick Holmander, by force and threat of force,

intentionally injured, intimidated or interfered with or attempted to injure, intimidate or interfere with, a person or persons because that person or persons were obtaining or providing reproductive health services, in violation of Title 18, United States Code, Section 248(a)(1).

AdriAnne N. Carrier
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this 31st day of January, 2011.

TIMOTHY S. HILLMAN
U.S. MAGISTRATE JUDGE