# UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

Patrick Holmander,
        Defendant.

FILED
IN CLERKS OFFICE

WARRANT FOR ARREST 8 -7 P 12: 4
Case Number: 11-mj-4067-TSH
U.S. DISTRICT COURT
DISTRICT OF MASS.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Patrick Holmander**
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT ☐ INFORMATION ☒ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**By force and threat of force, intentionally injured, intimidated or interfered with or attempted to injure, intimidate or interfere with any person because that person is or has been obtaining or providing reproductive health services**

in violation of Titles __18__ United States Code, Section(s) __248(a)(1)__.

TIMOTHY S. HILLMAN
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Boston, MA; January 31, 2011
Date and Location

BY

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT

AT 180 Morton St., Jamaica Plain, MA

| DATE RECEIVED 01/31/2011 | NAME AND TITLE OF ARRESTING OFFICER Adrianne Carrier Special Agent FBI Boston | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 02/07/2011 | | |