IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL NO. **11-10072-TSH** |
| v. | ) |
| | ) VIOLATION: |
| PATRICK HOLMANDER, | ) |
|      Defendant. | ) 18 U.S.C. § 248(a)(1) |
| | ) Interference by Force |
| | ) Or Threat of Force with |
| | ) Persons Providing or |
| | ) Obtaining Reproductive |
| | ) Health Services |

**INFORMATION**

The United States Attorney charges that:

At all times material to this information:

Planned Parenthood League of Massachusetts, Inc., located at 1055 Commonwealth Avenue, Boston, Massachusetts, is a facility that provides reproductive health services, as defined in 18 U.S.C. § 248(a)(1), in the District of Massachusetts.

<u>COUNT ONE</u>:   (18 U.S.C. § 248(a)(1) - Interference by Force Or Threat of Force with Obtaining or Providing Reproductive Health Services)

On or about June 25, 2008, at Planned Parenthood League of Massachusetts, Inc., 1055 Commonwealth Avenue, Boston,

**PATRICK HOLMANDER,**

defendant herein, did by force and threat of force, intentionally injure, intimidate and interfere with and attempt to injure, intimidate and interfere with D.S. and others because D.S. and others were and had been, obtaining and providing reproductive

health services.

All in violation of Title 18, United States Code, § 248(a)(1).

                                      Respectfully submitted,
                                      CARMEN M. ORTIZ
                                      United States Attorney

By: /s/ Suzanne Sullivan
      SUZANNE SULLIVAN
      S. THEODORE MERRITT
      Assistant U.S. Attorney

Dated: March 7, 2011