UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket no: 11—10072-TSH |
| v. ) | |
| PATRICK HOMANDER ) | |
| Defendant ) | |

## DEFENDANT'S NOTICE OF INTENTION
## TO OFFER A NO LO CONTENDERE PLEA

Pursuant to Rule 11 of the Federal Rule of Criminal Procedure, the Defendant Patrick Holmander is informing this Honorable Court of his intention to offer a plea of no lo contendere to the above entitled pending Complaint which alleges that on June 25, 2008 in Suffolk County of Massachusetts the Defendant Patrick Holmander with intentionally intimidating or interfering with or attempting to intimidate or interfere with any person because that person is or has been obtaining or providing reproductive services in violation of Title 18 United States Code, Section 248 (a)(1). With his no lo contendere plea, the Defendant concedes that the Government would be able to establish that he entered into the Planned Parenthood clinic, within the protective buffer zone, and made certain comments against abortions. For the said violation, the Defendant would offer his plea of no lo contendere.

The Defendant has been so informed and is aware that this offense is a misdemeanor that is punishable by imprisonment for not more that 1 year or a fine or both. The Defendant is presently being detained on this matter. The Defendant intends to request that the Court impose a short term of confinement for time served followed by being placed on probation for 6 months.

Wherefore, the Defendant requests that this matter be scheduled for an expedite hearing on whether the Court will accept Defendant's plea of <u>no lo contendere</u> to the above charge.

Dated: March 17, 2011												Respectfully submitted

/s/ Mark A. Gallant, Esq
Attorney for Defendant
Patrick Holmander
462 Boston St, Suite 1
Topsfield, MA, 01983
Office: 978-887-0366
Fax: 978-887-0366

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 17, 2011.

Dated: March 17, 2011

/s/ Mark A. Gallant, Esq
Attorney for Defendant
Patrick Holmander