UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) CRIMINAL ACTION |
| | ) NO. 11-10072-TSH |
| vs. | ) |
| | ) |
| PATRICK HOLMANDER, | ) |
| Defendant. | ) |

## VERDICT FORM

WE, THE JURY, FIND THE DEFENDANT:

**As to COUNT ONE** (18 United States Code, Section 248(a)(1) - Intentionally interfering by Force or Threat of Force, or Attempting to do so, with Person(s) Obtaining or Providing Reproductive Health Services):

_____ Guilty          _X_ Not Guilty

FOREPERSON: _Stephen E. Manternoss_ (signature)     DATE: _4-27-11_

**Your deliberations are complete. Please notify the court security officer in writing that you have reached a verdict.**